IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCHWAB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MILL VALLEY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01047-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO CLERK AND FORMER COUNSEL** |

After plaintiff Frank Schwab ("Schwab") had not filed proof of service of the summons and complaint on any defendant in the above-titled action, and failed to appear as ordered at a regularly scheduled case management conference, the Court, on August 2, 2019, issued to said plaintiff an order to show cause, no later than August 19, 2019, why the above-titled action should not be dismissed for failure to serve and failure to prosecute. Thereafter, on August 19, 2019, Schwab's former counsel filed a response, explaining he "did not inform [Schwab] of the [above-referenced] case management conference" (see Resp. at 1:19-20) and "Schwab has informed [him] that he is interviewing attorneys and hopes to have retained counsel in the next day or so" (see id. at 1:22-23).

The Court, having considered the above circumstances, hereby rules as follows:

1. The Order to Show Cause is hereby DISCHARGED.

2. The Case Management Conference is hereby CONTINUED to October 4, 2019; a Joint Case Management Statement shall be filed no later than September 27, 2019.

//

3. The Clerk is hereby DIRECTED to serve a copy of this order on Schwab at the email address provided by former counsel in the above-referenced response.

4. Former counsel is hereby DIRECTED to file, no later than September 6, 2019, either (1) a written notice to Schwab of a request to withdraw from the instant action; or (2) a substitution by new counsel or by Schwab appearing pro se.

**IT IS SO ORDERED.**

Dated: August 20, 2019

_____
MAXINE M. CHESNEY
United States District Judge